IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR294-69 |
| v. ) | |
| ) | |
| ELLIOTT LOYRANZY ARMSTRONG ) | |

### ORDER

On November 16, 2005, the Court denied Defendant's Motion filed pursuant to 18 U.S.C. § 3582 (c) (2). Accordingly, Defendant's Motion to Dismiss that motion is **dismissed**.

**SO ORDERED**, this 5th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)