IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELLIOTT  LOYRANZY ARMSTRONG        :

Vs                                 :      CR294-69
                                          Appeal No. 06-12367-H

UNITED STATES OF AMERICA           :

# ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal for want of prosecution because the appellant has failed to pay the required filing fee,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This ___12___ day of July, 2006.

Anthony A. Alaimo
United States District Judge
Southern District Of Georgia